

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-90,267-02

### EX PARTE MARTA ACEVEDO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 20140D05736-243-2 IN THE 243RD DISTRICT COURT FROM EL PASO COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of murder and sentenced to imprisonment for twenty-five years.

The trial court scheduled a habeas hearing after the time limit has passed. It appears that the trial court has not finished its fact-finding. The habeas record has been properly forwarded to this Court by the district clerk pursuant to TEX. R. APP. P. 73.4(b)(5). However, the record has been forwarded without the trial court having resolved the issues in this case. We remand this application to the 243rd District Court of El Paso County to allow the trial judge to complete an evidentiary

investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: December 11, 2019
Do not publish